UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ3619 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 18, USC 1001 False Statement to Federal Officer |
| Javier CABRERA-Rodriguez, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

That on or about September 2, 2021, within the Southern District of California, defendant, Javier CABRERA-Rodriguez, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in a matter within the jurisdiction of the U.S. Department of Homeland Security, a department and agency of the United States, in that he did represent and state to United States Border Patrol agents that he is a United States citizen, whereas in truth and fact, as defendant then well knew and admitted thereof, those statements were false, fictitious and fraudulent when made, a felony, in violation of Title 18, United States Code, Section 1001.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON SEPTEMBER 3, 2021.

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Javier CABRERA-Rodriguez

## PROBABLE CAUSE STATEMENT

On September 2, 2021, Border Patrol Agent T. Pesqueira, was assigned assigned duties in the Chula Vista Border Patrol Station's area of responsibility. Agent Pesqueira was dressed in his rough-duty uniform with a badge visible. At approximately 3:00 PM, Agent Pesqueira observed two individuals illegally cross into the United States through a gap in the Mexico/United States International Boundary Fence. As Agent Pesqueira approached the two individuals, he identified himself as a United States Border Patrol Agent and conducted an immigration inspection. This area is located approximately three miles east of the Otay Mesa, California Port of Entry, and approximately 50 yards north of the United States/Mexico International Boundary. One of the individuals, later identified as defendant Javier CABRERA-Rodriguez, stated that he is a United States citizen, though without any form of identification. CABRERA stated that he was born in Mexico but insisted that he is a United States citizen. Agent Pesqueira went on to inform CABRERA that it is a crime to lie to a federal agent during questioning. CABRERA stated that his parents are from Guerrero, Mexico, but continued to insist that he is a United States citizen. CABRERA eluded that he knew he entered the United States illegally. At approximately 3:15 PM, Agent Pesqueira placed CABRERA under arrest. It was later revealed at Chula Vista Border Patrol Station, through record checks, that CABRERA is in fact, a citizen of Mexico, without any documents that would allow him to enter or remain in the United States legally.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on December 14, 2018, through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.